## NATIONAL LABOR RELATIONS BOARD, Petitioner, v. CURTIS COMPANIES, Inc.

### No. 12259.

Circuit Court of Appeals, Eighth Circuit.
March 23, 1942.

Robert B. Watts, Gen. Counsel, National Labor Relations Board, and Ernest A. Gross, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

R. S. Whitley, of Clinton, Iowa, for respondent.

PER CURIAM.

Respondent ordered to cease and desist from doing certain things and to take certain affirmative action, on petition for enforcement and stipulation filed with Board.